Gertrude Mall, Executrix, etc., of Sophie Nix, Also Known as Sophia Nix, Sophie A. Nix and Sophia A. Nix, Respondent, v. Norbert S. Low, Also Known as Nathan S. Low, Appellant, Impleaded with Another, Defendant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

Nicola Maniscalco, an Infant, by John Maniscalco, His Guardian ad Litem, and John Maniscalco, Appellants, v. Union Dime Savings Bank, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

In the Matter of the Application of The City of New York, Relative to Acquiring Title in Fee Wherever the Same Has Not Been Heretofore Acquired for the Same Purpose to the Real Property Required for a Site for the Extension of the Ward's Island Sewage Treatment Works Known as Sunken Meadow Island in the Borough of Manhattan, City of New York. The City of New York, Petitioner, Respondent; Charles H. Jones and Others, Claimants, Appellants.— Final decree unanimously affirmed, with costs to the respondent. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

Bank of Yorktown, Appellant, v. John P. Boland and Others, Constituting the New York State Labor Relations Board, Created Pursuant to the Provisions of Section 702 of the Labor Law, Respondents, and Financial Employees Organizing Committee, C. I. O., Intervenor-Defendant, Respondent.— Judgment and orders unanimously affirmed, with costs to the respondents John P. Boland and others, constituting the New York State Labor Relations Board. (See *Bank of Yorktown* v. *Boland*, 280 N. Y. 673, and *Metropolitan Life Insurance Co.* v. *New York State Labor Relations Board*, Id. 194.) Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ. [172 Misc. 885. See, *post*, p. 1073.]

Isidor Bregoff, Respondent, v. Abner J. Rubien, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

In the Matter of the Application of John J. Mitchell, Petitioner, to Review a Determination of Lewis J. Valentine, as Commissioner of the Police Department of the City of New York, Respondent.— Determination unanimously confirmed, with fifty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.